UNITED STATES of America, Appellee,

v.

**Michael E. McCARTHY, Appellant.**

No. 06–1570.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 16, 2007.

Filed: Feb. 22, 2007.

Michael E. McCarthy, Terre Haute, IN, pro se.

K. Michael Warner, Asst. U.S. Atty., Kansas City, MO (Bradley J. Schlozman, U.S. Atty., on the brief), for appellee.

Before RILEY, MAGILL, and MELLOY, Circuit Judges.

PER CURIAM.

Michael McCarthy appeals the district court's[1] order denying his motion under 18

---

1. The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.

U.S.C. § 3600 for DNA testing. Because we agree with the district court that McCarthy was not entitled to have DNA samples retested under the language of 18 U.S.C. § 3600(a)(3)(A) ("specific evidence to be tested ... was not previously subjected to DNA testing"), we affirm. *See* 8th Cir. R. 47B.